# Third District Court of Appeal
## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-791
Lower Tribunal No. F91-19299B
_____

**Juan Miguel Betancourt,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Carlos J. Martinez, Public Defender, and Andrew Stanton and Deborah Prager, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before HENDON, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>Ey v. State</u>, 982 So. 2d 618 (Fla. 2008); <u>Chandler v. State</u>, 1 So. 3d 284, 287 (Fla. 2d DCA 2009).